**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OSMAN YUVINY INTERIANO GAMEZ,<br>*Petitioner,*<br>v.<br>SECRETARY MARKWAYNE MULLIN, et al.,<br>*Respondents.* | CIVIL ACTION<br>NO. 26-7803 |

**ORDER**

**AND NOW**, this 13th day of October, 2026, it is **ORDERED** that Petitioner Osman Yuviny Interiano Gamez **SHALL NOT BE TRANSFERRED** from the Eastern District of Pennsylvania pending the adjudication of this Petition.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.